UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
R.M. et al.,                                                         :
:
Plaintiffs,                                :
:         22-CV-9552 (JMF)
-v-                                         :
:         ORDER
NEW YORK CITY DEPARTMENT OF EDUCATION,   :
:
Defendant.                                 :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

     Pursuant to the Court's Order dated November 10, 2022, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge. *See* ECF No. 7. If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant enters an appearance. If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent. To date, the parties have not satisfied their obligations. As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **December 21, 2022**.

     SO ORDERED.

Dated: December 13, 2022
       New York, New York

JESSE M. FURMAN
United States District Judge